# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA
v.

Nathan Ryan Hayes

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 6:26-mj-00289-1

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C § 14135a.

(3) The defendant shall immediately advise the court through Pretrial Services or defense counsel in writing of any change in address and telephone number.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

**Additional Conditions of Release**

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:

- Report as directed by the U.S. Pretrial Services Office.
- The defendant is to reside at the Restwell House until otherwise approved by the Court. The defendant is not to leave the Restwell House without staff supervision.
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- The defendant shall submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- Do not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner. This provision does not permit the use or possession of medical marijuana even with a physician's written certification. The defendant is prohibited from purchasing, possessing, distributing, administering, or otherwise using any controlled substance or psychoactive substance (e.g., synthetic marijuana, bath salts, "Nitrous," etc.) that may impair a person's physical or mental functioning, whether intended for human consumption or not.
- Neither own, possess, nor control any firearm (or any weapon).
- Participate in one of the following location restriction programs and comply with its requirements as directed.
  ☒ Curfew. You are restricted to your residence every day ☐ from _____ to _____, or ☒ as directed by the pretrial services office or supervising officer.
  ☐ Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the Court; or essential activities approved in advance by the pretrial services office or supervising officer.
  ☐ Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ☐ Stand Alone Monitoring. You have no residential (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. Note: This component should be used in conjunctions with global positioning system (GPS) or virtual mobile application technology.

- Submit to the following location monitoring technology and comply with its requirements as directed.
  ☐ Location monitoring technology as directed by the pretrial services or supervising officer
  ☐ Voice Recognition
  ☐ Radio Frequency (RF)
  ☒ GPS
  ☐ Virtual Mobile Application. You must allow the pretrial services officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.
- Pay all or part of the cost of location monitoring, including equipment loss or damage, based on your ability to pay as determined by the pretrial services or supervising officer.
- Not directly or indirectly use or possess a computer or electronic media, including any devices and cellular phones, with internet access capabilities or access a computer or electronic media, without the prior approval of Pretrial Services. Defendant shall also not access the internet or internet bulletin boards, or private or public computer networks without prior approval of Pretrial Services.
- The defendant is not allowed to play any video games.
- The defendant is to comply with the conditions of state supervision (if applicable). The Court authorizes U.S. Pretrial Services to provide the supervising agency with information regarding the defendant's compliance with pretrial supervision, including but not limited to, substance testing results, adjustment to treatment, and residence information.
- The defendant shall participate in the Court Assisted Pretrial Supervision Program and will meet with the Magistrate Judge as directed to assess the defendant's progress and compliance.
- The Court authorizes U.S. Pretrial Services to provide Live, Grow, Share, and the Restwell House staff, with information regarding the defendant's compliance with pretrial supervision, including, but not limited to, substance testing results, adjustment to treatment, and residence information.
- Participate in a mental health evaluation and counseling at the direction of U.S. Pretrial Services. The defendant is also to take all medications as prescribed. The defendant shall participate in medication monitoring if directed by Pretrial Services.

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, forfeiture of bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

________________________________
Signature of Defendant

________________________________
City, State & Zip

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:

- ☐ Alcohol detection
- ☐ Drug detection
- ☐ Computer monitoring

The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**

- ☐ The defendant is ORDERED released after processing.
- ☐ The defendant is ORDERED temporarily released.
- ☒ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk, Pretrial Services or judicial officer that the defendant has posted bond and/or complied with all other conditions for release including space availability at a community corrections center or residential treatment facility. If still in custody, the defendant shall be produced before the duty Magistrate Judge on ____________________ at __________________.

Date: 11-4-26

________________________________
Signature of Judicial Officer

Amy E. Potter
U.S. Magistrate Judge
Name and Title of Judicial Officer

cc: Defendant
US Attorney
US Marshal
Pretrial Services